188 So. 921

**Ex parte J. BLACH & SONS, Inc. (Re J. BLACH & SONS, Inc., v. Eugene HAWKINS, as Probate Judge, &c.)**

**6 Div. 479.**

Supreme Court of Alabama.

March 27, 1939.

704

Horace C. Wilkinson, of Birmingham, for petitioner.

PER CURIAM.
Petition granted.